# Exhibit 1

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>846-2011-93227 |
|---|---|---|

Massachusetts Commission Against Discrimination                    and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Gayle Bouchard | | |

| Street Address | City, State and ZIP Code |
|---|---|
| 14 N. Main St, West Boylston, MA 01583 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| WORLDCOLOR | Unknown | (978) 534-8355 |

| Street Address | City, State and ZIP Code |
|---|---|
| 291 State St., North Haven, CT 06473 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☐ RACE   ☐ COLOR   ☒ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN<br>☐ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION<br>☒ OTHER (Specify)  **Equal Pay** | Earliest: 04-01-2011   Latest: 04-01-2011<br>☐ CONTINUING ACTION |

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)*):

See attached statement:

Steve Moore was hired to do the exact same job as I did. Yet, I discovered that he is being paid about 20% more than me – for the same work.

I feel I have been discriminated against in violation of the Equal Pay Act of 1963, and Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements*<br>BENJAMIN N. NIDUS<br>Notary Public<br>Commonwealth of Massachusetts<br>My Commission Expires<br>December 15, 2011 |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>Sep 28, 2011          /s/ Gayle Bouchard<br>Date    Charging Party Signature | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br>/s/ Gayle Bouchard<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year)  September 28, 2011 |

EEOC FORM 131 (11/09)

# U.S. Equal Employment Opportunity Commission

| | |
|---|---|
| Chief Executive Officer<br>WORLDCOLOR<br>291 State St.<br>North Haven, CT 06473 | **PERSON FILING CHARGE**<br><br>**Gayle Bouchard**<br><br>THIS PERSON (check one or both)<br>[X] Claims To Be Aggrieved<br>[ ] Is Filing on Behalf of Other(s)<br><br>EEOC CHARGE NO.<br>**846-2011-93227** |

## NOTICE OF CHARGE OF DISCRIMINATION
*(See the enclosed for additional information)*

This is notice that a charge of employment discrimination has been filed against your organization under:

[ ] Title VII of the Civil Rights Act (Title VII)  [X] The Equal Pay Act (EPA)  [ ] The Americans with Disabilities Act (ADA)

[ ] The Age Discrimination in Employment Act (ADEA)  [ ] The Genetic Information Nondiscrimination Act (GINA)

The boxes checked below apply to our handling of this charge:

1. [X] No action is required by you at this time.

2. [ ] Please call the EEOC Representative listed below concerning the further handling of this charge.

3. [ ] Please provide by _____ a statement of your position on the issues covered by this charge, with copies of any supporting documentation to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

4. [ ] Please respond fully by _____ to the enclosed request for information and send your response to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

5. [ ] EEOC has a Mediation program that gives parties an opportunity to resolve the issues of a charge without extensive investigation or expenditure of resources. If you would like to participate, please say so on the enclosed form and respond by _____ to _____
If you DO NOT wish to try Mediation, you must respond to any request(s) made above by the date(s) specified there.

For further inquiry on this matter, please use the charge number shown above. Your position statement, your response to our request for information, or any inquiry you may have should be directed to:

| | |
|---|---|
| **Benjamin N. Nidus,**<br>**Investigator**<br>*EEOC Representative*<br><br>Telephone **(617) 565-3194** | **Boston Area Office**<br>**John F. Kennedy Fed Bldg.**<br>**Government Ctr, Room 475**<br>**Boston, MA 02203**<br>Fax: (617) 565-3196 |

Enclosure(s): [ ] Copy of Charge

**CIRCUMSTANCES OF ALLEGED DISCRIMINATION**

[ ] Race  [ ] Color  [ ] Sex  [ ] Religion  [ ] National Origin  [ ] Age  [ ] Disability  [ ] Retaliation  [ ] Genetic Information  [X] Other

**ISSUES:** Benefits

**DATE(S) (on or about):** EARLIEST: 04-01-2011  LATEST: 04-01-2011

| Date | Name / Title of Authorized Official | Signature |
|---|---|---|
| September 29, 2011 | Robert L. Sanders,<br>Area Office Director | *[signed]* |