UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GAYLE BOUCHARD )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>QUAD/GRAPHICS, INC. )<br>)<br>Defendant )<br>) | Civil Action No. 4:12-cv-40021-FDS |

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND LOCAL RULE 7.3(A)**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and LR 7.3(A), Defendant Quad/Graphics, Inc. states as follows: Quad/Graphics, Inc. has no parent corporation, and no publicly held company holds a ten percent (10%) or more ownership interest in it.

                                                QUAD/GRAPHICS INC.,
                                                By its attorneys,

                                                /s/ Katherine G. Rigby
                                                Joshua M. Davis BBO# 558852
                                                Katherine G. Rigby BBO# 676436
                                                Ogletree, Deakins, Nash,
                                                    Smoak & Stewart, P.C.
                                                One Boston Place, Suite 3220
                                                Boston, MA  02108
                                                Telephone:  617.994.5700
                                                Facsimile:  617.994.5701
                                                josh.davis@ogleteedeakins.com
                                                kate.rigby@ogletreedeakins.com

Date: March 9, 2012

2

**CERTIFICATE OF SERVICE**

      I hereby certify that this document, filed through the ECF system, was served on Plaintiff, Gayle Bouchard, a non-registered participant, by First Class mail to 14 N. Main Street, West Boylston, MA 01583 on March 9, 2012.

                                      /s/ Katherine G. Rigby
                                      Katherine G. Rigby

11918533.1 (OGLETREE)