April 23, 2012

United States District Court
District of Massachusetts
595 Main St.
Worcester, Massachusetts
Attn: Mr. Martin Castles

RE: Claim 4:12-cv-40021-FDS

Dear Mr. Castles

This letter is a request for the court, at it earliest convenience, to my put case down for a scheduling conference so as to inspire my employer's attorney to at least discuss several issues with me and hopefully move this case along, and possibly resolve it without wasting too much of the courts' valuable resources.

I understand from our discussion of April 4, 2012, there is an outstanding motion to dismiss three of the four charges I have presented. However the defendants move to dismiss, was based on the fact that the EEOC had not yet issued a "right to sue" letter. When in fact, the said letter was issued January 31, 2012, but I had not received a copy until my repeated requests. The letter was then supplied in my opposition papers filed March 21, 2012. So by having this document, the motion to dismiss is now moot. There was also a fourth charge they did not move to dismiss.

I would consent to non-binding mediation and for my case to be referred to a Magistrate Judge and would like to begin these discussions with the Defendants' lawyer. I understand this cannot happen until my case has a scheduling conference. As a pro se plaintiff, I am doing the very best I can to help the courts recognize this case does not have to linger in the court system for the long term, and that this might possibly be settled with minimal resources of the courts.

I am hoping the court will recognize that the fundamental issue of $10K per year pay difference is not an issue I wish to clog up the Courts docket. But, I remain steadfast in my conviction that I have been discriminated against and my dedication to fight for future generations of women who deserve to receive equal pay for equal work.

*Gayle Bouchard* 4/24/12
Gayle Bouchard, Pro Se
14 North Main St
West Boylston, MA 01583


CC: Katherine Rigby
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
One Boston Place, Suite 3220
Boston, MA 02108