UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GAYLE BOUCHARD )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>QUAD/GRAPHICS, INC. )<br>)<br>Defendant ) | Civil Action No. 4:12-cv-40021-FDS |

## DEFENDANT'S CERTIFICATION PURSUANT TO LR 16.1(D)(3)

Defendant and its counsel hereby affirm that they have conferred with a view to establishing a budget for the costs of conducting the full course — and various alternative courses — of the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs.

Respectfully submitted,

_/s/ Katherine G. Rigby_
Katherine G. Rigby (BBO #676436)
OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.
One Boston Place, Suite 3220
Boston, MA 02108
Telephone: 617.994.5700
Facsimile: 617.994.5701
kate.rigby@ogletreedeakins.com

*Counsel for Defendant Quad/Graphics, Inc.*

Dated: June 7, 2012

_/s/ Lucinda Schettler_
Lucinda Schettler
Quad/Graphics, Inc.
Employment Counsel

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, was served on Plaintiff, Gayle Bouchard, a non-registered participant, by First Class mail to 14 N. Main Street, West Boylston, MA 01583 on June 7, 2012.

/s/ Katherine G. Rigby
Katherine G. Rigby

12489588.1 (OGLETREE)