August 15, 2012

United States District Court
District of Massachusetts
595 Main Street
Worcester, MA 01608
Attention: Mr. Martin Castles

Re: Claim 4:12-cv-40021-FDS

Dear Mr. Castles,

This letter is a follow up to the scheduling conference regarding the above claim, which was held June 29, 2012.

It was my understanding of Judge Hillman's orders that the Defendant's counsel, consult with her client about their willingness to resolve this matter through mediation.

As of this writing, I have not received notification from either Quad Graphics, their counsel or the court about any attempts to go forward with non-binding mediation. I have stated all along that I would be willing to accept mediation, as I think this is most efficient and proper way to resolve this issue.

It was never my intention to bog down the court system with this matter. This claim does not represent a large monetary claim, and if taken to trial will certainly cost more to all parties, than is needed. However, I remain steadfast in my conviction that this case is valid, and I will continue to make this claim, to fight for future generations of women who deserve to receive equal pay for equal work.

Thank you for attention to this. I look forward to hearing from you in the near future.

*Gayle Bouchard*
_____
Gayle Bouchard, Pro Se
14 North Main Street
West Boylston, MA 01583


cc: Katherine Rigby
Ogletree, Deakins, Nash, Smoak & Stewart P.C.
One Boston Place, Suite 3220, Boston, MA 02108